UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | CRIMINAL NO. H-12-730-1 |
| --- | --- | --- |
| | § | |
| | § | **SIM LAKE** |
| vs. | § | JUDGE |
| | § | |
| | § | **ANDREW BOYD** _____ |
| | § | COURTROOM CLERK    COURT REPORTER |
| YOLANDA NOWLIN | § | |
| | § | _____ |
| | § | PROCEEDING |
| | § | |
| Defendant | § | **UNITED STATES OF AMERICA** |
| | § | EXHIBIT LIST OF |

| NO. | DESCRIPTION | OFFR | OBJ | DATE ||
| --- | --- | --- | --- | --- | --- |
| | | | | ADMT | N/ADM |
| 1 | **GENERAL** | | | | |
| 1A | Assumed Name Certificate for Yellabone Medic Care Express Equipment Supply Company | | | | |
| 1B | Assumed Name Certificate for Yellabone Medical Equipment, Inc. | | | | |
| 1C | Texas Secretary of State Information for Yellabone Medical Equipment, Inc. | | | | |
| 1D | Photo of Yellabone Medical Equipment, Inc. | | | | |
| 1E | Photo of Yellabone Medical Equipment, Inc. | | | | |
| 1F | Photo of Yellabone Medical Equipment, Inc. | | | | |
| 1G | Photo of Yellabone Medical Equipment, Inc. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1H | Photo of Yellabone Medical Equipment, Inc. | | | | |
| 1I | Photo of Yellabone Medical Equipment, Inc. | | | | |
| 1J | Photo of Yellabone Medical Equipment, Inc. | | | | |
| 1K | Photo of Yellabone Medical Equipment, Inc. | | | | |
| 1L | Photo of Yellabone Medical Equipment, Inc. | | | | |
| 1M | Photo of Yellabone Medical Equipment, Inc. | | | | |
| 1N | Medicare DMEPOS 26 Standards | | | | |
| 1O | Medicare DMEPOS 21 Standards | | | | |
| 1P | | | | | |
| 1Q | | | | | |
| 1R | | | | | |
| **2** | **MEDICARE** | | | | |
| 2A | Medicare Application for Yellabone Medic Care Express Equipment Supply Company | | | | |
| 2B | Medicare Application for Yellabone Medical Equipment, Inc. | | | | |
| 2C | Electronic Data Interchange Enrollment Agreement for Yellabone Medic Care Express Equipment Supply Company | | | | |
| 2D | Electronic Data Interchange Enrollment Form for Yellabone Medical Equipment, Inc. | | | | |
| 2E | CD containing Medicare DME billing Data for Yellabone Medic Care Express Equipment Supply Company and Yellabone Medical Equipment, Inc. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2F | Medicare Local Coverage Determination- Power Mobility Devices | | | | |
| 2G | Medicare Form 1500 | | | | |
| 2H | Compliance Team Accreditation Records | | | | |
| 2I | Procedure Code Descriptions | | | | |
| 2J | Medicare Local Coverage Article- Power Mobility Devices | | | | |
| 2K | Blank Medicare Application | | | | |
| 2L | Electronic Funds Transfer Agreement- Yellabone Medic Care Express Equipment Supply Company | | | | |
| 2M | Electronic Funds Transfer Agreement- Yellabone Medical Equipment, Inc. | | | | |
| **3** | **MEDICAID** | | | | |
| 3A | Medicaid Application for Yellabone Medic Care Express Equipment Supply Company | | | | |
| 3B | Medicaid Application for Yellabone Medical Equipment, Inc. | | | | |
| 3C | CD containing Medicaid DME billing data for Yellabone Medic Care Express Equipment Supply Company and Yellabone Medical Equipment, Inc. | | | | |
| 3D | | | | | |
| 3E | | | | | |
| 3F | | | | | |

| 4 | SUPPLIER RECORDS | | | | |
|---|---|---|---|---|---|
| 4A | Records from Golden Technologies | | | | |
| 4B | Records from Dalton Medical Corp. | | | | |
| 4C | Records from Independence Medical | | | | |
| 4D | Records from Texas Medical Distributors, Inc. | | | | |
| 4E | Records from Pinnacle Medical Systems | | | | |
| 4F | Records from BSN Medical, Inc. | | | | |
| 4G | Records from Medical Industries America, Inc. DBA Evo Medical | | | | |
| 4H | Records from GF Health Products, Inc. | | | | |
| 4I | Records from Spin Life | | | | |
| 4J | Records from Medline Industries, Inc. | | | | |
| 4K | Records from Sunrise Medical | | | | |
| 4L | Records from Wheelchairs of Kansas | | | | |
| 4M | Records from Omnis Health, LLC | | | | |
| 4N | Records from Summit Durable Medical Equipment, Inc. | | | | |
| 4O | Records from Invacare Supply Group | | | | |
| 4P | | | | | |
| 4Q | | | | | |
| 4R | | | | | |

| 5   | **JB**                                              |   |   |   |   |
|-----|-----------------------------------------------------|---|---|---|---|
| 5A  | Medicaid Claims Data Summary for JB                 |   |   |   |   |
| 5B  | Yellabone Medical Equipment, Inc. Patient File for JB |   |   |   |   |
| 5C  | Photo of JB                                         |   |   |   |   |
| 5D  | Photo of Yellabone Wheelchair                       |   |   |   |   |
| 5E  | Photo of Current Wheelchair                         |   |   |   |   |
| 5F  | Medicaid Remit for Wheelchair                       |   |   |   |   |
| 5G  | Bank Statements for Hospital Bed                    |   |   |   |   |
| 5H  | Bank Statements for Wheelchair                      |   |   |   |   |
| 5I  | Medicaid Remit for Hospital Bed                     |   |   |   |   |
| 5J  |                                                     |   |   |   |   |
| 5K  |                                                     |   |   |   |   |
| 5L  |                                                     |   |   |   |   |
| 6   | **RB**                                              |   |   |   |   |
| 6A  | Medicare Claims Data Summary for RB                 |   |   |   |   |
| 6B  | Medicaid Claims Data Summary for RB                 |   |   |   |   |
| 6C  | Yellabone Medical Equipment, Inc. Patient File for RB |   |   |   |   |
| 6D  | Dr. Wade Farrow's Patient File for RB               |   |   |   |   |
| 6E  | Photo of Scooter                                    |   |   |   |   |
| 6F  | Medicare Remit for Wheelchair                       |   |   |   |   |
| 6G  | Medicaid Remit for Wheelchair                       |   |   |   |   |

| | | | | | |
|---|---|---|---|---|---|
| 6H | Bank Statements – Medicare | | | | |
| 6I | Bank Statement- Medicaid | | | | |
| 6J | | | | | |
| 6K | | | | | |
| 6L | | | | | |
| **7** | **LC** | | | | |
| 7A | Medicaid Claims Data Summary for LC | | | | |
| 7B | Yellabone Medical Equipment, Inc. Patient File for LC | | | | |
| 7C | Dr. Michael Ruggiero's Patient File for LC | | | | |
| 7D | Photo of Scooter | | | | |
| 7E | Medicaid Remit for Wheelchair | | | | |
| 7F | Medicaid Remit for Ostomy Supplies | | | | |
| 7G | Bank Statement for Wheelchair | | | | |
| 7H | Bank Statement for Ostomy Supplies | | | | |
| 7I | | | | | |
| 7J | | | | | |
| 7K | | | | | |
| **8** | **CW** | | | | |
| 8A | Medicaid Claims Data Summary for CW | | | | |
| 8B | Yellabone Medical Equipment, Inc. Patient File for CW | | | | |
| 8C | Diaper | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 8D | Medicaid Remit for Incontinence Supplies | | | | |
| 8E | Bank Statements for Incontinence Supplies | | | | |
| 8F | | | | | |
| 8G | | | | | |
| 8H | | | | | |
| **9** | **AT** | | | | |
| 9A | Medicare Claims Data Summary for AT | | | | |
| 9B | Medicaid Claims Data Summary for AT | | | | |
| 9C | Yellabone Medical Equipment, Inc. Patient File for AT | | | | |
| 9D | Medicaid Remit for Incontinence Supplies | | | | |
| 9E | Bank Statements for Incontinence Supplies | | | | |
| 9F | | | | | |
| 9G | | | | | |
| 9H | | | | | |
| **10** | **LS** | | | | |
| 10A | Medicare Claims Data Summary for LS | | | | |
| 10B | Medicaid Claims Data Summary for LS | | | | |
| 10C | Yellabone Medical Equipment, Inc. Patient File for LS | | | | |
| 10D | Medicare Remit for 3-3-08 | | | | |
| 10E | Medicare Remit for 12-3-07 | | | | |
| 10F | Medicaid Remit for 10-3-07 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 10G | Medicaid Remit for 10-3-07 | | | | |
| 10H | Bank Statement for Medicare 3-3-08 | | | | |
| 10I | Bank Statement for Medicare 12-3-07 and Medicaid 10-3-07 | | | | |
| 10J | Bank Statement for Medicaid 12-3-07 | | | | |
| **11** | **MB** | | | | |
| 11A | Medicare Claims Data Summary for MB | | | | |
| 11B | Medicaid Claims Data Summary for MB | | | | |
| 11C | Yellabone Medical Equipment, Inc. Patient File for MB | | | | |
| 11D | Medicare Remit for 4-7-07 | | | | |
| 11E | Bank Statement for Medicare 4-7-07 | | | | |
| 11F | | | | | |
| 11G | | | | | |
| **12** | **FB** | | | | |
| 12A | Commission File of FB (1) | | | | |
| 12B | Commission File of FB (2) | | | | |
| 12C | First Convenience Bank Check # 3141 Account Number XXXX3010 | | | | |
| 12D | | | | | |
| 12E | | | | | |
| **13** | **VJ** | | | | |
| 13A | Commission File of VJ (1) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 13B | Commission File of VJ (2) | | | | |
| 13C | First Convenience Bank Check # 3040 Account Number XXXX3010 | | | | |
| 13D | | | | | |
| 13E | | | | | |
| **14** | **Business Documents** | | | | |
| 14A | Commission Sales List | | | | |
| 14B | Salesman Contracts | | | | |
| 14C | Sales Leads USA Info | | | | |
| 14D | Phone Message | | | | |
| 14E | November Promotional Item Flyer | | | | |
| 14F | Letter Regarding Kickbacks | | | | |
| 14G | Yellabone Medical Equipment, Inc. Business Emails | | | | |
| 14H | Special Fraud Alert | | | | |
| 14I | Sales Blitz Memo | | | | |
| 14J | | | | | |
| 14K | | | | | |
| 14L | | | | | |
| **15** | **Bank Records** | | | | |
| 15A | First Bank of Snook Records for Account Number XXXX0123 | | | | |
| 15B | First Convenience Bank Records for Account Number XXXX8200 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 15C | First Convenience Bank Records for Account Number XXXX9311 | | | | | |
| 15D | First Convenience Bank Records for Account Number XXXX3010 | | | | | |
| 15E | First Convenience Bank Records for Account Number XXXX7640 | | | | | |
| 15F | First Convenience Bank Records for Account Number XXXX8226 | | | | | |
| 15G | First Convenience Bank Records for Account Number XXXX2913 | | | | | |
| 15H | Guaranty Bank Records for Account Number XXXX4363 | | | | | |
| 15I | Guaranty Bank Records for Account Number XXXX2774 | | | | | |
| 15J | First Convenience Bank Records for Account Number XXXX2379 | | | | | |
| 15K | First Convenience Bank Records for Account Number XXXX2519 | | | | | |
| 15L | | | | | | |
| 15M | | | | | | |
| 15N | | | | | | |
| **16** | **Social Security** | | | | | |
| 16A | Certified SSA Documents | | | | | |
| 16B | SSA- Checks | | | | | |
| 16C | SSA- Timeline | | | | | |
| 16D | Yellabone Wage Agreement-3-15-05 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 16E | Sworn Statement of Carla Parnell | | | | |
| 16F | SSA – Check/Time Records Comparison | | | | |
| 16G | | | | | |
| 16H | | | | | |
| 16I | | | | | |
| 16J | | | | | |
| 16K | Yellabone Wage Agreement-12-20-04 | | | | |
| 16L | Yellabone Timecards- Carla Parnell | | | | |
| 16M | Employee Notification File | | | | |
| 16N | Time Records Memo | | | | |
| 16O | Memo Re: Write Ups | | | | |
| 16P | Memo dated 3-29-07 | | | | |
| 16Q | Application for Employment | | | | |
| 16R | Job Description- Carla Parnell | | | | |
| 16S | Hourly Calculators | | | | |
| 16T | | | | | |
| 16U | | | | | |
| **17** | **Summary Charts** | | | | |
| 17A | Ostomy and Incontinence Overlap | | | | |
| 17B | Double Billing Chart | | | | |
| 17C | Diabetic Shoe Inserts Chart | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 17D | Ostomy Supplies Billed v. Purchased | | | | |
| 17E | Mattresses Billed v. Purchased | | | | |
| 17F | Wheelchairs Billed v. Purchased | | | | |
| 17G | Incontinence Supplies Billed v. Purchased | | | | |
| 17H | Vendor Purchases April 08- Sept. 08 | | | | |
| 17I | Billing April 08- Sept. 08 | | | | |
| 17J | Vendor Purchases Feb. 09- April 09 | | | | |
| 17K | Billing Feb. 09- April 09 | | | | |
| 17L | Incontinence Supplies for CW and AT | | | | |
| 17M | | | | | |
| 17N | | | | | |
| 17O | | | | | |
| 17P | | | | | |
| **18** | **EB** | | | | |
| 18A | Yellabone Medical Equipment, Inc. Patient File for EB | | | | |
| 18B | Dr. Bobby Marek's Patient File for EB | | | | |
| 18C | | | | | |
| 18D | | | | | |
| 18E | | | | | |